## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| FIRST HORIZON NATIONAL CORPORATION and FIRST TENNESSEE BANK NATIONAL ASSOCIATION, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| HOUSTON CASUALTY COMPANY, FEDERAL INSURANCE COMPANY, XL SPECIALTY INSURANCE COMPANY, ALTERRA AMERICA INSURANCE COMPANY, AXIS INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA, RSUI INDEMNITY COMPANY, and EVEREST INDEMNITY INSURANCE CO., | ) ) ) ) ) ) ) ) ) ) ) ) ) No. 15-cv-2235-SHL-dkv |
| Defendants. | ) |

## JUDGMENT

**JUDGMENT BY COURT**. This action having come before the Court on Plaintiffs' Complaint (ECF No. 1), filed on April 9, 2015,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED**, that, in accordance with the Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment and Granting in Part and Denying in Part Plaintiffs' Motion for Partial Summary Judgment (ECF No. 319), all claims by Plaintiffs against Defendants in this matter are **DISMISSED WITH PREJUDICE**.

**APPROVED**:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

June 23, 2017
Date